Derek SLOANE, Plaintiff–Appellant,

v.

**J. GETZ, S.P.O., also known as John Doe, Gene Washington, Steve Rosenblum, P.O., Defendants–Appellees,**

**T. Burns, Defendant.**

No. 07–5278–pr.

United States Court of Appeals, Second Circuit.

Dec. 2, 2008.

Derek Sloane, for Plaintiff–Appellant.

Robert C. Weisz, Assistant Solicitor General, for Andrew W. Cuomo, Attorney General of the State of New York, for Defendants–Appellees.

PRESENT: Hon. RALPH K. WINTER, Hon. WALKER, Hon. GUIDO CALABRESI, Circuit Judges.

**SUMMARY ORDER**

Plaintiff–Appellant Derek Sloane appeals, *pro se*, from an October 26, 2007 judgment of the United States District Court for the Southern District of New York dismissing his complaint following a jury verdict in favor of defendants. Having reviewed Sloane's arguments and the record with care, we find no errors in the instructions to the jury or any abuse of discretion in the court's evidentiary decisions. We therefore AFFIRM the judgment of the District Court.